**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6900**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRELL DEON JACKSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-93-262-A, CA-96-375-AM)

---

Submitted:  April 17, 1997          Decided:  April 25, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Terrell Deon Jackson, Appellant Pro Se.  Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jackson, Nos. CR-93-262-A; CA-96-375-AM (E.D. Va. Mar. 27, 1996). See also United States v. Mitchell, 104 F.3d 649, 653-54 (4th Cir. 1997) (holding that a gun located in a vehicle does not have to be immediately accessible to be considered "carried" under 18 U.S.C. § 924(c)(1) (1994)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED